IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01114-MSK-PAC

JEMELL MAY,

    Plaintiff,

v.

DENNY'S RESTAURANTS,

    Defendant.

_____

**ORDER TO SET TRIAL**
_____

THIS MATTER comes before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the parties to this action are to contact chambers at (303) 335-2289 no later than **ten (10) days from the date of this order** to set this matter for trial.

Dated this 29th day of September, 2005.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge