IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-MK-1114 (PAC)

JEMELL MAY,

      Plaintiff,

v.

DENNY'S RESTAURANTS,

      Defendant.

---

## ORDER DENYING MOTION TO RECONSIDER

---

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Letter **(# 26)**, which the Court construes as a Motion for Reconsideration.

The Court also interprets the *pro se* Plaintiff's pleadings liberally, although *pro se* status does not relieve the Plaintiff from complying with the rules governing litigation, including the Federal Rules of Civil Procedure. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.1991).

The Court dismissed **(# 25)** the Plaintiff's case on November 1, 2005. The Plaintiff's Motion for Reconsideration does not present any facts warranting reconsideration of that dismissal under Fed. R. Civ. P. 60(b). The Motion for Reconsideration is **DENIED**.

Dated this 1st day of December, 2005

                  **BY THE COURT:**

                  _____

                  Marcia S. Krieger
                  United States District Judge